WASHINGTON PICKLE WORKS, INC., Respondent, v. RAY LITZKY and PHILIP LITZKY, Doing Business under the Firm Name and Style of MIDWOOD DELICATESSEN AND RESTAURANT, Appellants.— Motion for leave to appeal to the Appellate Division and for stay granted upon condition that within five days from the entry of the order herein the appellants file an undertaking with corporate surety in the sum of $1,100 to appear before the court upon its direction if the order for contempt be affirmed or the appeal be dismissed; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

CHARLOTTE H. WHITLEY, Appellant, v. THE VILLAGE OF NORTH PELHAM, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

GILBERT H. CRAWFORD, as Sole Permanent Receiver of ROLAND STEEL COMPANY, INC., Appellant, v. JOHN DETJENS, Respondent.*— Judgment affirmed, with costs. No opinion. Kapper, Hagarty and Scudder, JJ., concur; Lazansky, P. J., and Young, J., dissent and vote for reversal and for direction of judgment in favor of plaintiff for $5,000, with interest thereon from February 2, 1926, and with costs, upon authority of Haebler v. Crawford (232 App. Div. 122).

ELMA REALTY CORPORATION, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

GEORGE FETZ, Appellant, v. JOSEPHINE FETZ, Respondent.—Order adjudging plaintiff in contempt modified so as to provide that he be given credit for the moneys paid by him to respondent after November 12, 1929; that the amount thereof be deducted from the sum of $1,137.50; that he be adjudged in contempt for failing to pay the balance, and that he be permitted to purge himself of his contempt by paying to respondent the sum of three dollars a week on account of said balance until the same shall have been fully paid. As so modified, the order, in so far as appealed from, is affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Tompkins and Davis, JJ., concur; Scudder, J., not voting. Settle order on notice, at which time the exact amount paid by appellant on the ten dollars a week basis will be determined.

HAZEL I. GAST, Respondent, v. CHARLES F. VOLLMER and FREEPORT LUMBER Co., INC., Appellants.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

OSCAR GAST, Respondent, v. CHARLES F. VOLLMER and FREEPORT LUMBER Co., INC., Appellants.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.